```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE SOUTHERN DISTRICT OF IOWA
                            EASTERN DIVISION
```

```
IN THE MATTER OF           )
                           )
                           )  BANKRUPTCY NO. 09-00531
                           )
MARY K. LUX,               )  CHAPTER 13
                           )
                           )  APPLICATION FOR COMPENSATION
                           )
              DEBTOR.      )
```

Applicant, Penelope C. Souhrada, represents to the Court as follows:

1. That applicant has acted as attorney for Mary K. Lux, debtor in the above-entitled proceedings.

2. That the value and extent of her services are as follows: Examining debtor's financial situation and rendering advice thereon; preparing and filing the Petition, Chapter 13 Statement, Chapter 13 Plan, preparing all the necessary documents and pleadings; representing the debtor at the first meeting of creditors, and all other court hearings in the case, and assisting the debtor in obtaining confirmation of the Plan and in performing under the Plan.

3. That Applicant has been paid One Thousand dollars and no/100 ($1,000.00) to date for her services.

4. That in addition to the above amount, applicant requests the amount of Six Hundred Thirty-eight Dollars and 01/100 ($638.01) for her services.

5.    That all the services for which compensation is herein requested were rendered for and on behalf of the petitioning debtors.

WHEREFORE, Applicant prays that in addition to the initial payment of One Thousand Dollars ($1,000.00) she be allowed the sum of Six Hundred Thirty-eight dollars and 01/100 ($638.01), or such amount as to the Court shall seem reasonable and just, out of said estate, as part of the costs and expenses of administration thereof.

```
                                /s/ Penelope C. Souhrada
                                Penelope C. Souhrada
                                617 Brady Street - Suite #1
                                Davenport, Iowa  52803
                                (563) 322-0455
                                (563) 884-4848
                                IS 9999795
                                Psouhrada@gmail.com
```

### CERTIFICATE OF SERVICE

In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the Application for Compensation was served either electronically or by U.S. Mail upon the individuals set forth below by placing a copy thereof addressed to said individuals in the United States *mail,* first class mail prepaid, on the 12th day of November, 2009.

```
                                /s/ Jeanne M. Barnett
```

```
    United States Trustee
    210 Walnut Street - Suite 517
    Des Moines, IA  50309-2108


    Albert C. Warford
    505 Fifth Avenue
    Suite 1020
    Des Moines, IA  50309
```