Terry Gibson
Attorney at Law
617 Brady St. Suite 1
Davenport, IA 52803
563/322-0455

**Submitted to:**

Mary Lux

Date:    November 11, 2009

Bill #    2920

| **Services Rendered** | | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/15/2008 | Consultation with client re Chapter 13 | 1.0 | 175.00 | 175.00 |
| 9/15/2008 | Open file and review previous bankruptcy filing | 0.50 | 175.00 | 87.50 |
| 2/2/2009 | Calls from client re credit counseling | 0.20 | 175.00 | 35.00 |
| 2/9/2009 | Prepare petition and Chapter 13 plan | 1.50 | 175.00 | 262.50 |
| 2/18/2009 | File petition and chapter 13 plan | 0.50 | 175.00 | 87.50 |
| 2/19/2009 | Letter to client re 341 meeting | 0.30 | 175.00 | 52.50 |
| 2/23/2009 | Letter to Trustee with tax returns | 0.20 | 175.00 | 35.00 |
| 2/23/2009 | Prepare and file Notice of Bankruptcy | 0.30 | 175.00 | 52.50 |
| 2/24/2009 | Call from client re plan | 0.10 | 175.00 | 17.50 |
| 2/24/2009 | Correspondence with creditor's attorney re stay violation | 0.30 | 175.00 | 52.50 |
| 2/25/2009 | Conference with client re refunds in plan | 0.30 | 175.00 | 52.50 |
| 3/3/2009 | Correspondence with client re earned income credit | 0.10 | 175.00 | 17.50 |
| 3/3/2009 | Letter to client re Iowa Revenue certification | 0.20 | 175.00 | 35.00 |
| 3/3/2009 | Letter to Iowa Revenue re certification | 0.20 | 175.00 | 35.00 |
| 3/23/2009 | Court appearance 341 meeting | 1.0 | 175.00 | 175.00 |
| 4/7/2009 | Letter to Trustee sending pay stubs | 0.20 | 175.00 | 35.00 |
| 4/7/2009 | Review claim #1 | 0.10 | 175.00 | 17.50 |
| 4/8/2009 | Review claim #2 | 0.10 | 175.00 | 17.50 |
| 4/21/2009 | Letter to client re order confirming plan | 0.20 | 175.00 | 35.00 |
| 4/21/2009 | Phone call to client re plan payments | 0.10 | 175.00 | 17.50 |
| 5/12/2009 | Correspondence with city of Davenport re assessments | 0.30 | 175.00 | 52.50 |
| 5/20/2009 | Review claim #3 | 0.10 | 175.00 | 17.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/1/2009 | Review claims #4 and 5 | 0.20 | 175.00 | 35.00 |
| 6/11/2009 | Review claim #4 | 0.10 | 175.00 | 17.50 |
| 9/9/2009 | Prepare and file motion to avoid lien | 0.80 | 175.00 | 140.00 |
| 10/30/2009 | Review court order avoiding lien | 0.10 | 175.00 | 17.50 |
| 10/30/2009 | Call to client re order avoiding lien | 0.10 | 175.00 | 17.50 |
| | **Total Services Rendered** | 9.10 | | 1,592.50 |

### Costs

| Date | Description | Quantity | Per Item | Amount |
|---|---|---|---|---|
| 2/18/2009 | Filing fee | 1.0 | 274.00 | 274.00 |
| 4/7/2009 | Postage | 1.0 | 4.76 | 4.76 |
| 4/21/2009 | Copies for client | 127.0 | 0.25 | 31.75 |
| 10/15/2009 | Certified copy of court order | 1.0 | 9.00 | 9.00 |
| | **Total Costs** | | | 319.51 |

### Payments & Adjustments

| Date | Description | | | Amount |
|---|---|---|---|---|
| 2/2/2009 | | | | -1,274.00 |
| 2/2/2009 | Initial Balance | | | 0.00 |
| | **Total Payments & Adjustments** | | | -1,274.00 |

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments & Adjustments | -1,274.00 |
| Late Payment Interest Charge | 0.00 |
| New Charges | 1,912.01 |
| **Total Now Due** | 638.01 |